# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT E. KOCHER,

    Plaintiff,

        v.

LARKSVILLE BOROUGH, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-11-2053

(JUDGE CAPUTO)

## ORDER

**NOW**, this 20th day of February, 2013, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment (Doc. 56) on the Fourteenth Amendment "stigma-plus" claim (Count I of the Amended Complaint) and the First Amendment retaliation claim (Count II of the Amended Complaint) is **GRANTED**.

(2) Judgment is **ENTERED** for all Defendants and against Plaintiff on Counts I and II of the Amended Complaint.

(3) The Court declines to exercise supplemental jurisdiction over the remaining state law claims (Count III of the Amended Complaint) and they are **DISMISSED WITHOUT PREJUDICE**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge