**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SCOTT E. KOCHER,

   Plaintiff,

      v.

LARKSVILLE BOROUGH, *et al.*,

   Defendants.

CIVIL ACTION NO. 3:CV-11-2053

(JUDGE CAPUTO)

## ORDER

**NOW**, this 15th day of May, 2013, **IT IS HEREBY ORDERED** that Defendant John Pekarvosky's Motion for Sanctions Against Plaintiff and Plaintiff's Counsel (Doc. 77) is **DENIED**.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge