**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT E. KOCHER, | |
|     Plaintiff, | CIVIL ACTION NO. 3:CV-11-2053 |
|     v. | (JUDGE CAPUTO) |
| LARKSVILLE BOROUGH, *et al.*, | |
|     Defendants. | |

## ORDER

**NOW**, this 6th day of March, 2014, **IT IS HEREBY ORDERED** that Plaintiff's Objections to the Clerk's Taxation of Costs (Doc. 99) are **OVERRULED**. The Clerk's Taxation of Costs in the amount of $5,934.04 against Plaintiff is **AFFIRMED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge